NUMBER 13-00-491-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


IN THE INTEREST OF ANASTASIA NICOLE JAMES-SISSAMIS, ET AL.

___________________________________________________________________


On appeal from the 148th District Court 


of Nueces County, Texas


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, Jessica James, attempted to perfect an appeal from a
judgment entered by the 148th District Court of Nueces County, Texas,
in cause number 95-3550-E. Judgment in this cause was signed on
April 20, 2000. A timely motion for new trial was filed on May 19,
2000. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal
was due on July 19, 2000, but was not filed until July 21, 2000. 

 Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
Court's letter, the appeal would be dismissed. To date, no response
has been received from appellant. Appellant has failed to provide this
Court with facts that reasonably show the need to extend the time for
filing the notice of appeal. See Industrial Svs., Inc. v. American Bank,
N.A., 17 S.W.3d 358, 359 (Tex.App.--Corpus Christi 2000, no pet.).

 The Court, having examined and fully considered the documents
on file, appellant's failure to timely perfect his appeal, and appellant's
failure to respond to this Court's notice, is of the opinion that the appeal
should be dismissed for want of jurisdiction. See id. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.